**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSHUA DESHUN NEWBY**                                                                      **PLAINTIFF**
**ADC #663841**

v.                                        Case No. 4:22-cv-01235-KGB

**WELLPATH; and**
**DOES, unknown ACC security staff**                                                    **DEFENDANTS**

## ORDER

Before the Court is the status of the case. On February 8, 2023, United States Magistrate Judge Joe J. Volpe issued a Recommended Disposition in which he recommended that plaintiff Joshua Deshun Newby's complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 6). On March 2, 2023, the Recommended Disposition was returned as undeliverable to Mr. Newby (Dkt. No. 7). On July 10, 2024, the Court entered an Order directing Mr. Newby to provide the Court in writing with a valid mailing address within 30 days (Dkt. No. 8). The Court informed Mr. Newby that, pursuant to Local Rule 5.5 of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, failure to provide the Court with a valid mailing address may result in the dismissal of his case without prejudice for failure to prosecute (*Id.*). As of the date of this Order, Mr. Newby has not responded to that Order, and the 30-day period has passed.

Accordingly, Mr. Newby's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2), and the Court declines to adopt the pending Recommended Disposition as it is now moot (Dkt. No. 6). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying judgment would not be taken in good faith.

It is so ordered this 26th day of August, 2024.

                                                     Kristine G. Baker
                                                     Chief United States District Judge