IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA DESHUN NEWBY**  **PLAINTIFF**
**ADC #663841**

v. Case No. 4:22-cv-01235-KGB

**WELLPATH,** *et al.*  **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Joshua Deshun Newby's complaint is dismissed without prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would be frivolous and not taken in good faith.

So adjudged this 26th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge